

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| CRYSTAL CITY INDEPENDENT SCHOOL DISTRICT, | § | No. 08-23-00021-CV |
|  | § | Appeal from the |
| Appellant, | § | 365th District Court |
| v. | § | of Zavala County, Texas |
| MAGDALENA FLORES | § | (TC# 21-09-14815-ZCV) |
| Appellee. | § |  |
|  | § |  |

# **O R D E R**

The Court GRANTS the Appellant's second motion for extension of time within which to file the brief until **February 21, 2023.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Mario G. Perez, Jr., the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 21, 2023.

IT IS SO ORDERED this 7th day of February, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Soto, JJ.